.

| | | |
|---|---|---|
| CASSOUNDRA YOUNG MCCOY<br>2816 EDEN ST.<br>APT 300<br>PASCAGOULA, MS 39581 | DILLARDSMASTERCARD<br>PO BOX 6497<br>SIOUX FALLS, SD 57117 | ONEMAIN FINANCIAL<br>ATTN: BANKRUPTCY<br>PO BOX 142<br>EVANSVILLE, IN 47701 |
| THOMAS C. ROLLINS, JR.<br>THE ROLLINS LAW FIRM, PLLC<br>P.O. BOX 13767<br>JACKSON, MS 39236 | EZ CASH<br>4006 MAIN ST<br>MOSS POINT, MS 39563 | SUNBELT FEDERAL CU<br>ATTN: BANKRUPTCY<br>6885 US HWY 49<br>HATTIESBURG, MS 39402 |
| ASPIRE CREDIT CARD<br>ATTN: BANKRUPTCY<br>PO BOX 105555<br>ATLANTA, GA 30348 | FIRST HERITAGE<br>3221 MARKET ST<br>SUITE 2<br>PASCAGOULA, MS 39567 | SYNCB<br>ATTN: BANKRUPTCY DEPT<br>300 COVENTRY ROAD<br>KENSINGTON, CA 94707 |
| AVANT<br>222 NORTH LASALLE ST<br>SUITE 1600<br>CHICAGO, IL 60601 | GENESIS FS CARD SERV<br>ATTN: BANKRUPTCY<br>PO BOX 4477<br>BEAVERTON, OR 97076 | |
| COMENITY<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 182125<br>COLUMBUS, OH 43218 | GOLDMAN SACHS BANK USA<br>ATTN: BANKRUPTCY<br>PO BOX 70379<br>PHILADELPHIA, PA 19176 | |
| COMENITY<br>COMENITY CAPITAL BANK<br>PO BOX 183003<br>COLUMBUS, OH 43218 | HEIGHTS FINANCE HOLD<br>ATTN: BANKRUPTCY<br>PO BOX1947<br>GREENVILLE, SC 29601 | |
| COMENITY BANK<br>ATTN: BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS, OH 43218 | JPMCB<br>MAILCODE LA4-7100<br>700 KANSAS LANE<br>MONROE, LA 71203 | |
| COMENITY BANK<br>PO BOX 182125<br>COLUMBUS, OH 43218 | KEESLER FCU<br>ATTN: BANKRUPTCY<br>2602 PASS RD<br>BILOXI, MS 39531 | |
| CREDIT ONE BANK<br>ATTN: BANKRUPTCY DEPT<br>6801 CIMARRON RD<br>LAS VEGAS, NV 89113 | KEESLER FCU<br>P.O. BOX 7001<br>BILOXI, MS 39534 | |