# United States Bankruptcy Court
## Southern District of Mississippi

In re   **Cassoundra Young Mccoy**                                                                Case No.   **25-51139**
Debtor(s)                                                                                                              Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **October 20, 2025**                                   **/s/ Cassoundra Young Mccoy**
                                                                                **Cassoundra Young Mccoy**
                                                                                Signature of Debtor

CASSOUNDRA YOUNG MCCOY
2816 EDEN ST.
APT 300
PASCAGOULA, MS 39581

CREDIT ONE BANK
ATTN: BANKRUPTCY DEPT
6801 CIMARRON RD
LAS VEGAS, NV 89113

KEESLER FCU
P.O. BOX 7001
BILOXI, MS 39534

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

DILLARDSMASTERCARD
PO BOX 6497
SIOUX FALLS, SD 57117

ONEMAIN FINANCIAL
ATTN: BANKRUPTCY
PO BOX 142
EVANSVILLE, IN 47701

ASPIRE CREDIT CARD
ATTN: BANKRUPTCY
PO BOX 105555
ATLANTA, GA 30348

EZ CASH
4006 MAIN ST
MOSS POINT, MS 39563

SUNBELT FEDERAL CU
ATTN: BANKRUPTCY
6885 US HWY 49
HATTIESBURG, MS 39402

AVANT
222 NORTH LASALLE ST
SUITE 1600
CHICAGO, IL 60601

FIRST HERITAGE
3221 MARKET ST
SUITE 2
PASCAGOULA, MS 39567

SYNCB
ATTN: BANKRUPTCY DEPT
300 COVENTRY ROAD
KENSINGTON, CA 94707

COMENITY
ATTN: BANKRUPTCY DEPT
PO BOX 182125
COLUMBUS, OH 43218

GENESIS FS CARD SERV
ATTN: BANKRUPTCY
PO BOX 4477
BEAVERTON, OR 97076

COMENITY
COMENITY CAPITAL BANK
PO BOX 183003
COLUMBUS, OH 43218

GOLDMAN SACHS BANK USA
ATTN: BANKRUPTCY
PO BOX 70379
PHILADELPHIA, PA 19176

COMENITY BANK
ATTN: BANKRUPTCY
PO BOX 182125
COLUMBUS, OH 43218

HEIGHTS FINANCE HOLD
ATTN: BANKRUPTCY
PO BOX1947
GREENVILLE, SC 29601

COMENITY BANK
PO BOX 182125
COLUMBUS, OH 43218

JPMCB
MAILCODE LA4-7100
700 KANSAS LANE
MONROE, LA 71203

COMMUNITY CHOICE***
1503 DENNY AVE
PASCAGOULA, MS 39567

KEESLER FCU
ATTN: BANKRUPTCY
2602 PASS RD
BILOXI, MS 39531